IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL CORP OF THE WEST, | CASE NO. CV F 11-1454 LJO |
| Plaintiff, | **ORDER TO SET BRIEFING SCHEDULE** |
| vs. | |
| FEDERAL DEPOSIT INSURNACE CORPORATION, | |
| Defendant. / | |

Defendant filed its motion to withdraw bankruptcy reference without setting a hearing date. As such, this Court SETS a briefing schedule and ORDERS:

1. Plaintiffs, no later than September 19, 2011, to file and serve papers to oppose or respond to defendant's motion to withdraw bankruptcy reference; and

2. Defendant, no later than September 26, 2011, to file and serve reply papers.[1]

Pursuant to its practice, this Court will consider defendant's motion to withdraw bankruptcy reference on the record without a hearing, unless otherwise ordered.

Due to having the heaviest caseload in the nation, limited resources, and the need to prioritize criminal and older civil matters over newly filed actions, this Court ADMONISHES the parties to consent to the conduct of this action's further proceedings by a U.S. Magistrate Judge. This Court has

---

[1] This Court limits opposition points and authorities to 25 pages and reply points and authorities to 10 pages.

1

1 far more U.S. Magistrate Judges than U.S. District Judges, who carry far heavier caseloads than U.S.
2 Magistrate Judges, who have greater flexibility and time to devote to civil matters.  Without such
3 consent, this Court is unable to commit to address this action to meet the parties' needs and expectations.
4 As such, this Court ORDERS the parties, no later than September 12, 2011, to file papers to indicate
5 whether they consent to the conduct of all further proceedings by a U.S. Magistrate Judge.  A consent
6 form is available on the Court's website www.caed.uscourts.gov by checking the Clerk's Office link or
7 by telephoning the Clerk's Office at (559) 499-5600 or (559) 499-5601.

10     IT IS SO ORDERED.

11 **Dated:   August 31, 2011**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE